[No. 13093–5–I.  Division One.  December 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RORY
ALAN STAR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00169–9, Jim Bates, J., entered April 19,
1983. *Affirmed* by unpublished opinion per Corbett, J.,
concurred in by Durham, C.J., and Ringold, J.

[No. 13106–1–I.  Division One.  December 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILLIP
ARTHUR SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–03890–0, Charles V. Johnson, J., entered
March 30, 1983. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Durham, C.J., and Scholfield,
J.

[No. 13402–7–I.  Division One.  December 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID
FLOYD ANDES, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 83–1–00084–6, Jerome M. Johnson, J., entered
June 17, 1983. *Affirmed* by unpublished opinion per Wil-
liams, J., concurred in by Durham, C.J., and Scholfield, J.

[No. 13536–8–I.  Division One.  December 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
COLLIER, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 82–1–00862–6, Dennis J. Britt, J.,
entered June 15, 1983. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Durham, C.J., and Schol-
field, J.